# ATTACHMENT C

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

## SIMAX PERSONAL & MONTAGE GMBH

### Employment contract-worker

**Employer:**
**SIMAX Personal & Montage GmbH**, Strada Maximilian-Pagl-Straße 17, 4651 Stadl-Paura, Austria
(hereinafter under the name of **Employer**)

**Employee:**
**Mister Claudiu Costinel Mihai**, Avenue Aurel Vlaicu, 900226 Constanţa, Romania (hereinafter under the name of **Employee**)

### I. Start and duration of the employment relationship

The employment contract starts on 06.03.2017 and ends for an indefinite period. The employee must start work on that date. Starting work at a later date is of no interest to the employer.

The first month shall be valid as a probationary period, during which the employment relationship may be terminated at any time by both parties to the contract without giving reasons.

### II. Termination term

After the expiry of the probationary period, the employment relationship may be terminated at the end of a working week, subject to the legal provisions and the notice periods indicated below in the collective agreement.

Termination periods under the collective labor contract valid for the professional activity for which the worker is made available shall sum up for both the employer and the employee: after an uninterrupted membership of the undertaking of up to 3 years: <u>2 weeks</u>, after a membership of up to 5 years: <u>3 weeks</u>, after a membership of up to 10 years: <u>5 weeks</u>, after which: <u>7 weeks</u>, and the employment contract will be terminated each time at the end of a working week.

### III. Activity/Use/Scope

Based on his training and experience, the employee is classified as a locksmith.

The employee <u>expressly</u> gives his consent to make it available temporarily to third parties and agrees to make it available temporarily by the employer to known third parties of the employer (employee organizations) to perform the work. However, there is no obligation on the

---

*I, the undersigned, **Regep Roxana Mariana**, sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

employer to make available to third parties. The selection and change of the employing organization is solely the responsibility of the employer.

### IV. Salary

The basic salary amounts to 12.38 gross per hour. If this salary exceeds the minimum remuneration fixed by the collective agreement, the additional payment shall be taken into account at the next salary increase fixed by the collective agreement.

Special payments, in particular the holiday allowance and the Christmas premium, shall be due in accordance with the collective agreement.

All salary payments shall be made monthly, thereafter, no later than the 15th of the following month in the account noted by the employee:

The employee's salary is made exclusively by the employer. The employee is prohibited from taking money or other means of payment from the employing organizations.

### VI. Working time and overtime

The normal working time of the employee comprises the full time according to the collective agreement being currently 38.50 hours per week.

Flexible working time within the meaning of the collective agreement shall be agreed. The division of working time is the responsibility of the employer and the employing organization. The right to change the division of working time is reserved.

### VII. Delegates/Use of own vehicle

The provisions of the AKÜ collective agreement (Pct. VIII) apply to the employee's delegations as well as the right to daily allowance and night money (overnight accommodation). Distances will be calculated from the employee's home.

### IX. Rest leave

Rest leave shall be determined in accordance with the Law on Leave and the Law on Leave of Workers in the Construction Sector. A leave agreement expressly requires written consent from the employer. A wish in this regard shall be made known by the employee at least one month in advance.

### X. Secondary activity, other earnings activities

The employee undertakes not to undertake any secondary or other gain-making activity which could prejudice the performance of his work for the employer.

*I, the undersigned, **Regep Roxana Mariana**, sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

### XII. Incapacity for work/Illness

The employee is obliged to communicate <u>immediately</u> in writing to the employer and the employing organization (the one giving him work) any foreseeable incapacity for work before its commencement, any incapacity for work (in this case any illness, accident). Violation of that obligation may constitute grounds for dismissal.

### XX. Other provisions

The employee declares that he has sufficient control of the German language and in particular that he is able to understand the indications of the employer and the employing organization (the one giving him the work) as well as the hazard phrases and written instructions for use. The employee confirms that the provisions of this employment contract were discussed with him prior to signing.

| | |
|---|---|
| Stadl-Paula, on **02.03.2017** | Stadl-Paula, on **02.03.2017** |
| **SIMAX Personal & Montage GmbH** | **Claudiu Costinel Mihai** |
| *Illegible signature/* | *Illegible signature/* |

*I, the undersigned, **BELE TEODORA,** sworn translator and interpreter for the languages English/German, based on the license no. **13887/2005,** issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the GERMAN language into the ROMANIAN language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*

**SWORN INTERPRETER AND TRANSLATOR,**
**BELLE TEODORA**
*Stamp of Authorized Translator for German and English language*
**Bele Teodora** *Tax Code 20299714*
*Illegible Signature*

*I, the undersigned, **Regep Roxana Mariana,** sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*