# ATTACHMENT D

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

# Employment contract
# Worker

closed between

**M3 Montage & Personal GmbH**
11 Franz-Fritsch Street
A-4600 Wels
further under the name "Employer"
and
**Mihai Claudiu Costinel**
10 Aurel Vlaicu Blvd. 5, bl C1, ap 27, 900055 Constanţa, Romania
further under the name "Employee"

### 1. Start date
The employment report starts on **22.07.2019** and ends for an indefinite period. The first month is considered as the probationary period, during which the employment relationship can be terminated at any time by both contractual parties without indicating reasons.

### 2. Termination deadline
After the expiry of the month of probation the employment report may be terminated at the end of a working week in compliance with the legal provisions and those laid down by the collective agreement valid for the branch relating to the supply of workers.

Termination terms according to the valid collective labor contract amount to both the employer and the employee: after an uninterrupted membership of the enterprise of up to 3 years: 2 weeks, after a membership of up to 5 years: 3 weeks, after a membership of up to 10 years: 5 weeks, after that: 7 weeks, and the employment contract will be terminated by every time at the end of a working week.

### 3. Predicted use/Work benefit/Application domain
The intended use of the employee is to make it available to third parties as a **locksmith**; respectively for similar trades.

The selection and change of the borrowing enterprise is solely the responsibility of the employer.

---

*I, the undersigned, **Regep Roxana Mariana,** sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

### 4. Region of use

Delegation abroad is allowed only if the employee gives his consent for each case individually. The employee will comply with all the instructions and working instructions of each borrowing enterprises - factories, to the extent that they are not in violation of the legal provisions.

### 5. Collective contract, operational agreements within the enterprise, framing and payroll, special payments

Due to the company's membership in the General Professional Association of professional / trade group of staff providers shall apply the collective agreement valid for the commercial activity of personnel suppliers.

The employee's incorporation is done according to the collective contract valid for the professional staff providers - workers in the pay qualified group - workers. The minimum hourly wage is agreed at **13.10 €/gross** hour (hourly wage according to the collective agreement). It is agitated, in addition to an additional payment added to the minimum hourly wage **0€/hour gross.**

### 6. Salary payment

All salary payments shall be made monthly, thereafter, no later than the 15th of the following month in the employee's account:

The basis for the payment of the salary is the evidence of the hours worked. To ensure the payment of income in an orderly manner, you are obliged to provide evidence of hours worked, completed and signed, every 7 days, to the employer. At the end of the month, evidence of hours worked must be submitted **no later than the 3rd of the new month started**, otherwise it may no longer be taken into account in the current calculation of the salary.

---

I, the undersigned, **BELE TEODORA,** sworn translator and interpreter for the languages English/German, based on the license no. **13887/2005,** issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the GERMAN language into the ROMANIAN language, that the text presented been translated in extras, without any omission and that the content and meaning of the document have not been distorted.

**SWORN INTERPRETER AND TRANSLATOR,**
**BELLE TEODORA**
*Stamp of Authorized Translator for German and English language*
***Bele Teodora*** *Tax Code 20299714*
*Illegible Signature*

### 7. Working time, overtime and leave

The normal weekly working time of the employee according to the collective agreement, in case of full-time currently amounts to **38.5** hours per week, excluding breaks.

I, the undersigned, **Regep Roxana Mariana,** sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.

*Translation in extract from German language into Romanian language*
*Translation in extract from Romanian language into English language*

The division of working time is the responsibility of the employer concerned to the lending undertaking. The right to change the division of working time is reserved.

Annual rest leave shall be determined in accordance with the provisions of the Law on Leave and the Law on Leave of Workers in the Construction Sector. The annual legal right to rest leave is currently 25 working days. Requests for leave from the employee shall be made by a written request and shall be signed by both the employer and the lending company. No application for leave is settled without pay!

## 11. Incapacity for work

The employee shall be obliged to communicate to the employer as soon as possible any foreseeable incapacity for work before the start of the employer, any incapacity for work which is not foreseeable. If the incapacity for work is due to illness the employee is obliged to provide without delay a confirmation from the competent Health Board or from a doctor regarding the expected duration of the disease. If the employee does not comply with this obligation, he loses his right to salary for the duration of the non-presentation, in accordance with § 4 of the Law on the continuation of salary entitlements payment.

## 16. Final provisions

The employee declares that he has sufficient control over German language and, in particular, that he is able to understand the indications of the employer and the lending company as well as the hazard phrases and written instructions for use. The employee confirms that the provisions of this employment contract were discussed with him prior to signing.

The employee shall confirm by his signature that a copy of this employment contract has been handed over to him.

Name and address of the Employee Pension Fund: **VBV, Street Obere Donaustraße 49-53, 1020 Vienna, membership number: 71600**

Wels, July 18, 2019

| | |
|---|---|
| **M3 Montage & Personal GmbH** | **Mihai Claudiu Costinel** |
| **Norbert Steiner** | |
| *Illegible signature/* | *Illegible signature/* |

*I, the undersigned, **BELE TEODORA**, sworn translator and interpreter for the languages English/German, based on the license no. **13887/2005**, issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the GERMAN language into the ROMANIAN language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*

**SWORN INTERPRETER AND TRANSLATOR,**
**BELE TEODORA**

*Stamp of Authorized Translator for German and English language*
**Bele Teodora** Tax Code 20299714     *Illegible Signature*

*I, the undersigned, **Regep Roxana Mariana**, sworn translator and interpreter for the languages English/Italian, based on the license no. **28967** dated 14th of May, 2010 issued by the Ministry of Justice from Romania, do hereby certify the accuracy of the translation performed from the ROMANIAN language into the ENGLISH language, that the text presented been translated in extract, without any omission and that the content and meaning of the document have not been distorted.*