# ATTACHMENT E







25/12/2006



12/09/2006



15/10/2006







30/08/2006





14/06/2008





12/06/2008





















AMG ❤️



Claudiu Mihai
Manager

T. +40 727 906 185
E. claudiu.mihai@remax.ro



LIDERI MONDIALI ÎN IMOBILIARE

B-dul Aurel Vlaicu, Nr. 52, Et. 1
900055, Constanța, Constanța
T. +40 341 453 155
E. prestige.constanta@remax.ro
www.remax.ro/central



Case 1:19-cr-00651-LTS   Document 14-2   Filed 1/01/23   Page 19 of 27



